882

■ KENNETH J. ALTMAN, Respondent, v POUGHKEEPSIE SAVINGS BANK, Appellant. — Judgment of the Supreme Court, Westchester County, dated March 18, 1980, affirmed, with costs, for the reasons set forth in the decision of Mr. Justice Walsh at Trial Term. Titone, J. P., Gibbons, Margett and O'Connor, JJ., concur.